# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MIGUEL LOYOLA,**

    **Plaintiff,**

**v.**                                                                         Case No. 4:19-cv-278-AW-HTC

**GERALD BARBARITO, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the Magistrate Judge's Report and Recommendation dated June 24, 2019. ECF No. 4. No objections have been filed. The Court has determined that the Report and Recommendation should be adopted, and it is incorporated into this Order. The case is dismissed. The Clerk shall enter a judgment that says, "This case is dismissed without prejudice for lack of subject-matter jurisdiction." The Clerk shall then close the file.

SO ORDERED on August 6, 2019.

                                                        s/ *Allen Winsor*
                                                        United States District Judge